PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00225-LJO-SKO |
| Plaintiff, | ORDER ON STATE OF CALIFORNIA WRIT FOR HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| JAMES MATTHEW GONZALES-GAY, | |
| Defendants. | |

On December 8, 2017, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above named defendant be produced in Fresno County Superior Court in order that proceedings in connection with People v. JAMES MATTHEW GONZALES-GAY, case number F17907103, may proceed. The defendant's next court appearance is scheduled for December 15, 2017 at 8:30 a.m. for an arraignment hearing before the Honorable Michael G. Idiart in Fresno County Superior Court, Department 31.

The defendant is currently in the custody of the United States Marshals, charged in the above entitled action, and is being housed at the Fresno County Jail.

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may produce the defendant in state court on December 15, 2017, for purposes of his presence at the arraignment hearing, but shall return him to the custody of the United States Marshals Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on December 15, 2017. The Court

further orders that the Fresno County Sheriff's Office shall produce the defendant for future state court proceedings with his return immediately thereafter to the U.S. Marshals Service once the Fresno County Sheriff's Office confirms with an Assistant U.S. Attorney that the state court appearance does not conflict with any federal court appearance. Under no circumstances is the defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order or scheduled Federal Court Appearances, or upon further order from this court.

IT IS SO ORDERED.

Dated: __**December 8, 2017**__     _____**/s/ Lawrence J. O'Neill**_____
                                    UNITED STATES CHIEF DISTRICT JUDGE